AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED AUG 1

UNITED STATES OF AMERICA

v.

TYSON WILLIAM TAYLOR PEARSON

05 - 0477M - 01.

## WARRANT FOR ARREST

CASE NUMBER: 1:05mj602

**FILED**

AUG 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    TYSON WILLIAM TAYLOR PEARSON
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly conspired to possess with intent to distribute marijuana and cocaine

in violation of Title   21   United States Code, Section(s)   841(a)(1) & 846

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

8/17/05   Alexandria, VA
Date and Location

Bail fixed at $ _____

By _____   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 8/24/2005 | NAME AND TITLE OF ARRESTING OFFICER (Reporting) Dusm TAN Osmund | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/24/2005 | | |

Aug-25-05 11:52A USMS E/VA, Alex Warrants   7032742060   P.02