# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

FILED AUG 1 [stamp]

UNITED STATES OF AMERICA

v.

TYSON WILLIAM TAYLOR PEARSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05mj602

COPY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 21, 2005__ in __Prince William__ County, in the __Eastern__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly conspired to possess with intent to distribute marijuana and cocaine

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
<br>Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

SAUSA- Heather Schmidt
Reviewing AUSA - Gene Rossi
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kirk L. Broksas
Special Agent
Bureau of Alcohol, Tobacco, and Firearms

August 17, 2005
Date

at Alexandria, Virginia
City and State

The Honorable T. Rawles Jones, Jr.
Name & Title of Judicial Officer

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 1:05mj 6l'2 |
| ) | |
| ANTHONY RAY NEWMAN,    ) | |
| BRIAN ODELL BAILEY, and    ) | |
| TYSON WILLIAM TAYLOR PEARSON,  ) | |
| ) | |
| Defendants.    ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND WARRANT FOR ARREST

1. I, Kurk L. Broksas, am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms ("ATF") and have been so employed for five years. Prior to my employment with the ATF, I was a Special Agent with the Immigration and Naturalization Service for two years, and a Patrol Agent with the United States Border Patrol for two years. I have participated in a number of firearms and narcotics investigations that have led to convictions, and I have participated in investigations of an array of other federal offenses.

2. This affidavit contains information in support of a criminal complaint and arrest warrant charging Brian Odell Bailey ("BAILEY"), Anthony Ray Newman ("NEWMAN"), and Tyson William Taylor Pearson ("PEARSON") with conspiracy to possess with intent to distribute marijuana and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

3. The facts and information contained in this affidavit are based on personal knowledge, as well as on the observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause, it is not intended to include each and every fact and matter observed by me or known to the government.

4. On or about January 21, 2005, within the Eastern District of Virginia, Officer Regan Miller, Manassas Police Department, followed an individual wanted on drug charges to Apartment Six, located at 8817 Portner Avenue, Manassas, Virginia. Officer Miller knocked on the door of the apartment, and was greeted by BAILEY. When BAILEY opened the door, Officer Miller was overwhelmed by the powerful smell of marijuana. While standing outside of the apartment, Officer Miller saw suspected marijuana and other drug paraphernalia lying on a table inside of the apartment in plain view. Officer Miller also noticed another individual, later identified as NEWMAN, inside the apartment.

5. After BAILEY stated there was no one in the house, PEARSON came out of a hallway. Officer Miller placed BAILEY, NEWMAN, and PEARSON in handcuffs for officer safety and checked between the cushions of the sofa for contraband and guns before setting BAILEY, NEWMAN, and PEARSON down to conduct a search of the apartment for the wanted individual. During the search of the sofa, Officer Miller located 54.1 grams of marijuana between the sofa cushions.

6. After the search of the apartment for the wanted individual, BAILEY, and the other apartment occupant, NEWMAN, were arrested. Both BAILEY AND NEWMAN

were read their *Miranda* rights and signed Consent to Search Forms, in separate, private rooms. PEARSON, a visitor to the apartment, was permitted to leave.

7. After NEWMAN identified his bedroom, Officer Miller searched the room and located approximately 122 grams of marijuana. Based on my training and experience, this amount of marijuana is consistent with further distribution.

8. Located in the closet of BAILEY'S bedroom, Officer Miller located a .40 caliber, Glock 23 pistol, Serial Number BLY533US. Officer Miller asked who the pistol belonged to and BAILEY said it was his relative's and BAILEY was just holding on to it for his relative. BAILEY stated: "I need protection too." Based on my training and experience, drug dealers frequently keep firearms in their homes for protection.

9. Officer Miller also found $6,700 in individually wrapped bundles of cash, four cell phones, scales, zip lock bags, marijuana and cocaine in several other common areas within the apartment. The total approximate weight of all of the marijuana seized was 1,294.5 grams. The total approximate weight of the cocaine seized was 39.4 grams. Based on my training and experience, the number of cell phones, the large quantity of cash, the manner the cash was bundled with rubber bands, and the quantities of cocaine and marijuana are consistent with further distribution.

10. On the deck of the apartment, Officer Miller located a suitcase. Officer Miller opened the suitcase and saw a .22 caliber, Ruger Rifle, Serial Number 240-1965, with a sawed-off stock. The rifle's barrel length was 12 5/18 and the overall length was 21 1/18. Officer Miller showed the rifle to BAILEY and NEWMAN and asked who the rifle belonged to. BAILEY stated that the rifle was his friend's and that BAILEY was just holding on to it for him for a while.

11. BAILEY also told Officer Miller that PEARSON, who had already been released, was at their (BAILEY AND NEWMAN's) apartment to pick up a duffle bag. The duffle bag, containing 12 bags of marijuana with a total weight of 312.8 grams, was found by Officer Miller after it tossed into a spare bedroom. Based on my training and experience, the packaging and quantity of marijuana found in the duffle bag are consistent with further distribution.

12. Based on my training and experience, and on the quantities of drugs, drug paraphernalia, cash, drugs and guns found in the search, this apartment was jointly used to distribute cocaine and marijuana.

13. Based on the above information, I believe probable cause exists that BAILEY, NEWMAN, and PEARSON with conspiracy to possess with intent to distribute marijuana and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Kurk L. Broksas
Special Agent
Bureau of Alcohol, Tobacco, and Firearms

Subscribed and sworn to before me this
17th Day of August 2005

The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

4