


**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**Date: 9/2/05**




**Nancy Mayer-Whittington**
**Clerk of the Court**

FILED
SEP 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court:
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798

RE: 05MG477
Tyson William Taylor Pearson

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X Docket Sheet

X Complaint

Minute Order Appointing Counsel

Corporate Surety Bond

X Personal Recognizance Bond

X Other-Blotter dated 8/31/05 & 8/26/05.

Warrant of Removal

Order of Removal

Detention Order

X Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: ______________________
Deputy Clerk